No. 714.   EASTERN AIR LINES, INC. *v.* CIVIL AERONAU-
TICS BOARD.   United States Court of Appeals for the Dis-
trict of Columbia Circuit.   Certiorari denied.   *E. Smythe
Gambrell, W. Glen Harlan* and *Harold L. Russell* for
petitioner.   *Solicitor General Perlman, Assistant Attor-
ney General Morison, Emory T. Nunneley, Jr.* and *War-
ren L. Sharfman* for respondent.

No. 718.   FETTIG CANNING Co. *v.* STECKLER, U. S. DIS-
TRICT JUDGE.   C. A. 7th Cir.   Certiorari denied.   *Wil-
liam C. Bachelder* for petitioner.   *Solicitor General Perl-
man, Assistant Attorney General McInerney, Beatrice
Rosenberg* and *John T. Grigsby* for respondent.

No. 732.   SIMONS ET AL. *v.* SIMONS.   United States
Court of Appeals for the District of Columbia Circuit.
Certiorari denied.   *Donald S. Caruthers* for petitioners.
*George L. Hart, Jr.* for respondent.

No. 737.   CAVNESS *v.* UNITED STATES.   C. A. 9th Cir.
Certiorari denied.   *Fred Patterson* for petitioner.   *So-
licitor General Perlman* for the United States.

No. 739.   TRANSCONTINENTAL & WESTERN AIR, INC.
*v.* PEKELIS, ADMINISTRATRIX.   C. A. 2d Cir.   Certiorari
denied.   *William J. Junkerman* for petitioner.   *Samuel
J. Silverman* for respondent.

No. 751.   CARMICHAEL, PRESIDENT OF UNIVERSITY OF
NORTH CAROLINA, ET AL. *v.* MCKISSICK ET AL.   C. A. 4th
Cir.   Certiorari   denied.   *Harry   McMullan,* Attorney